STATE OF MAINE
CUMBERLAND, ss

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. RE-18-228

MARTINA SULLIVAN,

        Plaintiff

v.

                                                    ORDER

NATHANIEL WARREN-WHITE, et al.,

REC'D CUMB CLERKS OF
OCT 21 '21 PM2:42

        Defendants

In response to the court's order of August 13, 2021, defendants Nathaniel and Elizabeth Warren-White have filed an application for $ 1,205.75 in attorney's fees incurred in opposing plaintiff Martina Sullivan's rule 60(b) motion. The court denied that motion on August 13, 2021.

Ms. Sullivan opposes the Warren-Whites' request for attorney's fees. She does not challenge the billing rate or the hours expended. However, she contends that the imposition of attorney's fees infringes her right to petition for redress of grievances and argues that she has been denied due process throughout the proceedings in this case and in RE-15-105. She repeats many of the same arguments that she has persistently and unsuccessfully advanced since the original adverse ruling in RE-15-105. Finally, she argues that she has been victimized by the Warren-Whites and that, rather than awarding attorney's fees to the Warren-Whites, the court should order them to reimburse her.

The right to petition for redress of grievances does not extend to repetitive and baseless attempts to relitigate cases that have already been decided and affirmed on appeal. That is why the Law Court directed this court to enter a *Spickler* order against Ms. Sullivan in affirming this court's grant of summary judgment. *Sullivan v. Warren-White,* Mem. 21-62, Docket No. Cum-20-328

(July 20, 2021). Moreover, this court warned Ms. Sullivan in an order on July 9, 2019 that if she persisted in filing groundless and repetitive motions in an effort to relitigate the judgment originally issued by Justice Walker in RE-15-105, the court would seriously consider awarding sanctions. Since then Ms. Sullivan has not let up, and the court is now awarding attorney's fees because the Warren-Whites should not have had to respond to a filing by Ms. Sullivan that the court determined to be frivolous.

The court awards the Warren-Whites the $ 1,205.75 they have requested.

The entry shall be:

1. The defendants' application for attorney's fees is granted and attorney's fees of $1,205.75 are awarded to defendants Nathaniel and Elizabeth Warren-White and against plaintiff Martina Sullivan.

2. The clerk shall incorporate this order in the docket by reference pursuant to Rule 79(a).

Dated: October 21 , 2021

Thomas D. Warren
Justice, Superior Court

Entered on the Docket: 10/21/21

**Plaintiff-Pro Se**
**Defendants-Michael Vaillancourt, Esq.**

2